We have four argued cases this morning. The first is No. 23-2365, IGT v. Zynga Inc. Mr. Gannon. Good morning. May it please the Court. The Board made a critical error with respect to the Cadero reference. The Cadero reference discloses a tournament server that eliminates and ranks players. That is the only evidence the Board relied on to show the claimed callback between a server and a client computer. And there's no evidence in Cadero that that information is sent from the server to the client computer. So there are no callbacks as claimed. Can I just, maybe I'm misunderstanding something, but I'm looking at paragraph 44 of Cadero. It references the tournament component 212, and then it says, quote, which is at 1758. Each component provides functionality to facilitate communication between the client computer 200 and various functionality provided by the server 120. How is that not substantial evidence of communication from one device to another? Sir, Your Honor, could you reference what paragraph? Paragraph 44. 44. Okay, so figure 3 of Cadero does show a point-to-point communication between the server and the client. So, for example, the chat server, a client computer can chat, send a chat to another player, and it'll go through the server to another player. That's a point-to-point communication. So that's an example of communications going back and forth between the client and the server. The tournament server and the tournament component in the client, the tournament server is sort of taking care of the entire tournament. It's keeping track of the tournament. It's providing the tournament functionality. But the paragraph that you referenced, Your Honor, doesn't say anything about the tournament server, which is eliminating and ranking players, that that information is being returned to the client computer. What would be the point if it didn't? I mean, isn't it on its face pretty obvious that that's the purpose of this? So that would be an obviousness question, whether it would have been obvious to have the elimination. It's a question of the interpretation of the prior art. Well, okay, so the interpretation of the prior art. The portion that was relied upon by the board was paragraph 53, and this is the only two sentences relied upon. Those are the sentences that talk about this tournament functionality being performed. That's right. So didn't the board infer that if the tournament functionality is being performed, that the information is being communicated to the client? I think the problem is the board relied on Zynga's expert, and of course the expert just said, Well, yeah, that functionality is returned to the client computer, and relied on the expert. The problem is the expert was looking at Codero, but Codero does not say that. There's no disclosure of elimination and ranking being sent back to the client computer. You agree that the reference teaches callbacks, right? Your view is simply that it's not teaching it with expressly linking callback to the tournament. Is that right? So it's actually, it's not just, we have to remember the claim term callback. It's not just any callback. It's a callback from the server that takes, the server basically gets updates from the game, and based on the updates, there's a high-level function that gets executed, and then the execution of that function gets returned. Sure. So could you answer my question? Sure. So the tournament server, although it is providing a function, it's eliminating and ranking players, there's no disclosure of that information being sent back to the client computer, and therefore no callback, period. So you agree that the reference teaches the idea of callbacks, right? For just generally, for example, on page 1762 in paragraph 83. Yes, so the, and I think... So what you're disputing is that the reference never links up the callbacks to the tournament server, right? That's right. So the callback that's referenced really in both references, it's a misnomer. It's not the claimed callback. The Cordero talks about callback functionality in a particular device, in a single device. Different layers of a device having so-called callback functionality. Wait a minute. I'm sure I'm missing something, but I think Red makes this point. If the tournament functionality is running on a device, and it ranks and eliminates players, how are the players on their devices to know that they've been ranked or eliminated if that information hasn't been sent to them? So again, there's no disclosure in Cordero on the tournament functionality and the tournament component. You're not answering the question, which is pretty much the same question I asked earlier. I mean, what would be the point of collecting this information on the tournament server if it wasn't communicated to the client devices? So the point of the tournament server is to run the tournament? You're not answering the question. How can you run the tournament without providing information to the client devices? Because the reference doesn't say it. You're not really addressing the question. What about necessarily so? Whether it's necessarily so. The reference generally teaches callbacks, and then the idea of sending messages from an application back to the client devices. Why wouldn't that teaching be applicable to also the tournament server, which we agree is a high-function server? It is a high function. It is eliminating and ranking. Again, the callback functionality in Cordero, it's talking about, again, a single device. It's not talking about between a server and a client. And so what Cordero is really talking about is you being able to be in a tournament. And I think the question, Judge Dike and Judge Prost, that you're asking is, well, wouldn't it have been obvious for the users? No, I said necessarily so. Answer my question. Yeah, necessarily so. It is not necessarily so. It is not inherent in the reference that the ranking… Well, how does it work if the client doesn't know that he's been eliminated? How else does it make any sense? The client can play in a tournament. Again, the point of this limitation is you're getting an update during a game. It's performing a function and sending it back. To your question, Judge Stoll, is it necessarily, is it inherent that it's sending that information back to the client? The answer is no, and that wasn't argued at all. The board just said, I see a disclosure of elimination and ranking from the tournament server to the client. The problem is it's not in Cordero. It's just not there. So you could say, well, wouldn't it have been obvious? Nobody made that argument. That's the problem with respect to Cordero. And when we look at how the board read the reference, what standard of review do we apply to that? It's a de novo standard of review for obviousness. No, no, this is scope and content of prior hour. I think it's reviewed for substantial evidence, right? Correct. It's substantial evidence. It is a fact issue, correct. But it's not a question of really is there enough evidence with respect to the claim callback. The point is there is no evidence. Well, that's what you say. Well, let's take a look at paragraph 50. Isn't the question whether a person of ordinary skill, what a person of ordinary skill would understand from the overall teachings of the reference? So the argument that was made to the board by Zika and the position that the board took was that the callback limitation with respect to the tournament server is there, that that information is flowing back to the client. That was the analysis, but it's not in the Codero reference. And if you look at paragraph 53, which is appendix 1759, there's two sentences, the tournament server and the tournament component provide tournament functionality. And again, there's not a lot of information about what the tournament server is actually doing other than providing the tournament functionality. And then it says the tournament server provides a forum for registered clients to demonstrate their game skills by participating in game tournaments, which serve to eliminate and rank players according to their skill as demonstrated by their success over other players. There's no, so yeah, the tournament server is doing that. The question though is, is the tournament server providing a callback as claimed, an update to the game? It cranks out a function, it figures out the function, and then it has to send that back for every update sending a callback. And that's just... The paragraph 53 talks about provides tournament functionality, facilitates tournament gameplay between and among plurality of client computers. How is it possible to do that without having callbacks providing the information about ranking and so on and so forth? So I think very easily the tournament server and the tournament component in the client computer, it can provide tournament functionality. There's no dispute there, and I think Cordero talks about that. But again, the question is, this claim is very limited in terms of what the callback is. There's an update to the game, the function gets executed, and then that response is sent back. For every update, there's a response. This paragraph that's talking about running a tournament and keeping track of players and ranking players and eliminating players, the question is, is that continuously being fed back to the client computers? And if the question was, well, would that have been obvious? I understand that question, but again, that question wasn't raised by Zynga or the board. And so it's a gap in the evidence. This is a problem with IPRs, quite frankly, where the board and where experts challenging patents parrot claim language. They parrot claim language, and then they just point to things in the reference and say, well, the things in the claim, there it is. But the problem is it's not there. It's not disclosed in Cordero. And similarly, the board then said, well, if it's not in Cordero, then we're going to combine the Scheme reference. And the problem with the Scheme reference, although the Scheme – sorry, Your Honor. I'm listening. The problem with the Scheme reference, Your Honor, is that you subscribe to the server information and you get a response back. So you're linked to a publication, for example, the Quotron data feed. But the problem with Scheme is that's all that it discloses. There's nothing after that. There's no, hey, there's an update to a game, and then there's a function that gets executed, and then a callback getting sent back. That's not in Scheme at all. And I will – I see I'm in to my rebuttal time. Okay. Want to save it? Yeah. All right. Thank you. Thank you. Ms. Corrides. Thank you. Thank you, and may it please the Court, Elisa Corrides on behalf of Zynga. The Board correctly found that Cordero disclosed callbacks, and alternatively that the combination of Cordero and Scheme disclosed callbacks. Substantial evidence supports these findings, and we would ask the Court to affirm. If your auditors have no other questions, I think the – I'm not sure that I have anything else to add. Why don't you try to respond a bit to your friend's dominant stuff that he was arguing today, how the Board made this leap that wasn't expressly called out in Cordero. Sure. So I think the description of the final written decision by the Board is inaccurate. The Board went through each expert's opinions, and I'll focus just on the callback limitation for now, specifically credited Zynga's expert over IGT's expert, but then explained why. So we have to remember that the express purpose of Cordero is to allow for multiplayer game functionality across devices of different hardware and different operating systems. So the whole purpose of Cordero was to foster this communication between and amongst devices. Your Honor pointed to the paragraph in Cordero talking about the server component and the client component communicating with each other. The prior sentence that Your Honor just had read out says that one of the components that is being talked about is the tournament component. There can be no doubt that the tournament and the client – that the tournament server and the client server – sorry, that the tournament server and the tournament client are communicating with each other. Can you identify which paragraph you think is important that we should be looking at in the reference itself?  So I think there are several paragraphs, Your Honor. The one that has the communication language that you're relying on now, that the Board relied on. Sure. So at paragraph 44, the final statement says each component provides functionality to facilitate communication between the client computer and various functionalities provided by the server. If you look to the prior sentence, it is talking about the functionality that's provided by a plurality of components and the tournament server, 212, is one of those components. So if we just look at those two sentences there, you see that there are communications occurring between the client and the server. Another thing, and in response to IGT's argument, is paragraphs 83 through 88 in general talk about this communication engine. And this is really the core or the heart of Cordero's invention. And the communication engine is a special purpose software that provides standardized functionality for communicating between hardware devices of different kinds, right? And these paragraphs here talk about how the messages sent between the client and the server between two different devices in Cordero can be either synchronous or asynchronous. And specifically at... Excuse me. Here we go. Paragraph 85 says in asynchronous mode, depicted generally in Figure 7, the COM Engine 600 runs threads and allows the programmer to be notified when an event occurs asynchronously. So this is talking about event-driven programming. A notification is being sent when an event happens. This parallels almost exactly how the 212 patent describes callbacks. Where is the COM Engine 600? The COM Engine 600 is in either device, because the COM Engine 600 kind of sits in every device in the system because it's facilitating communications between every other device. So the COM Engine itself is in a device, but it is facilitating communications with other devices in the system. And if your auditors were to turn to the board's decision at Appendix 5, you can see the board included in its decision the paragraph in the 212 patent that discusses callbacks. And that paragraph includes the description that there is an asynchronous notification that is sent following an event being received. So again, the 212 patent is talking about asynchronous notifications based on event-driven programming, and it's using almost the same language as Cordero. There's not a lot of discussion on this particular paragraph of the board's decision. Zynga's expert did draw these parallels at Appendix 1665, and the board did cite and adopt those positions but did not expressly draw those parallels. Would you agree that the board's primary analysis of this and why Cordero teaches it is at page 847? For the single-reference obviousness of just based on Cordero, absolutely yes. Okay. Anything further? No, Your Honor. We would ask that the court affirm the decision. Thank you. Mr. Gannon? Okay, I want to start with paragraph 44 because that's the paragraph that was cited to as allegedly showing that the elimination and ranking is being sent back to the client. So paragraph 44 says, with continued reference to Figure 3, there's functionality provided on a client computer, and then it goes on. And then the sentence prior to that was, while Figure 3 depicts a single client computer in relation to a single server, it should be noted that multiple client computers having the same or similar functionality may also map the functionality of the server as depicted in Figure 3. The point is, in paragraph 43 and 44, in those paragraphs, there's no discussion of the result of that high-level function identified by the board. Okay, well, what you seem to be saying is that a prior art can't disclose something unless it says so explicitly. That there's no room for interpretation by the board or expert witnesses as to the meaning or disclosures of a prior art reference. That can't be true, right? The board can interpret a reference, but the board has to find the claim element. If it says an element is in a reference, it has to point to it. Explicitly? There has to be explicit disclosure? There's no room for interpretation? They didn't, the board didn't say that. The board just said, hey, They relied on the expert. The expert said, and the experts always do this in IPRs, and that's the problem. The expert just parrots claim language. Don't we have to look at each case on its own facts? Like, for example, here's what you've got. You've got some general teachings that, you know, you want to have this communication back, right? And it tells you where the communication modules are and how that's occurring. And then with respect to a particular environment, it says that you're going to have this particular high-level functionality in this application, and it needs to facilitate communication. Why can't there be some inference, is the idea. I mean, I agree, you know, of course experts shouldn't be having conclusory opinions, but on the other hand, we have to look at each one of these cases and see whether there's substantial evidence to support the inference and understanding that is being drawn by an expert and relied on by the board, right? Right, but experts have to be able to point to an element in a reference that meets the claim element. But they did point to an element. They did not. They pointed to, this is the problem, the expert pointed to the tournament server, the tournament server says eliminate and rank players, and the expert said, it's my conclusion that a callback, the ranking and elimination goes back to the client. That's the problem. Well, the reference also talks about communication between the server and the client, right? Of course, for example, this is an issue that Zynga raised in their red brief. I think they understand they have an issue with the tournament server, so they started talking about the chat server and other functions. And yes, if you and I are in a tournament and we're chatting, I can chat with you. That's a communication between the server and the client or the client and the server. That's not the issue though, whether there's a communication between the two. The issue is whether... I think we're about out of time. Unless my colleagues have further questions. I've got another minute, Your Honor. No, you don't. You're over your time. Oh, I'm over my time. I'm sorry. Thank you. Thank you. Thank you.